FILE COPY



**CHIEF JUSTICE**
JAMES T. WORTHEN

**JUSTICES**
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/19/2016 4:57:53 PM
PAM ESTES
Clerk

September 15, 2016

Ms. Betty Herriage
Henderson County District Clerk
100 East Tyler, Rm 203
Athens, TX 75751
* DELIVERED VIA E-MAIL *

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/19/2016 4:57:53 PM
PAM ESTES
Clerk

**RE:** Case Number:      12-15-00290-CR
Trial Court Case Number:    2015-0475CCL2

**Style:** Dustin Edward Klendworth
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk


C Mr. Barry L. Spencer Jr. (DELIVERED VIA E-MAIL)
C Mr. Christopher D. Tinsley (DELIVERED VIA E-MAIL)
:

Mandate executed on __19__ day of __September__, 2016.

Brief explanation of action taken: _____ _Placed in file_ _____

___ _Jane Underhill_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us